UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERRY LYN MICLAT and BENZOR SHEM VIDAL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED CARE STAFFING, LLC, and PRIORITY CARE STAFFING, LLC,<br><br>*Defendants*. | Civ. Action No.:<br>1:23-cv-05296-NRM-MMH<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Anna P. Prakash and the exhibits attached thereto, Plaintiffs Cherry Lyn Miclat and Benzor Shem Vidal, by and through their undersigned counsel, hereby moves this Court for preliminary settlement approval under Federal Rule of Civil Procedure 23 and the Fair Labor Standards Act ("FLSA"). The proposed settlement provides significant monetary and non-monetary relief to class and collective members and is a fair, reasonable, and adequate resolution of this *bona fide* dispute. Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' motion and (1) provisionally certify the Settlement Class under Rule 23(b)(3), appointing Plaintiffs' counsel as Class Counsel, and Plaintiffs Miclat and Vidal as Class Representatives; (2) conditionally certify the Settlement Collective under the FLSA; (3) grant preliminary approval of the Rule 23 portion of this Settlement; (4) grant preliminary approval of the FLSA portion of this Settlement; (4) appoint CPT Group as Settlement Administrator; and (5) approve the proposed Notices for distribution. Defendants do not oppose this Motion.

Dated: October 1, 2025

Respectfully submitted,

s/ *Anna P. Prakash*

**NICHOLS KASTER, PLLP**
Anna P. Prakash (she/her), MN Bar No. 0351362
(admitted *pro hac vice*)
Joshua O'Neill (he/him), NY Bar No. 5914676
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
aprakash@nka.com
joneill@nka.com

**KAKALEC LAW PLLC**
Patricia Kakalec (she/her)
80 Broad Street, Suite 703
New York, NY 10004
(212) 705-8730
Patricia@KakalecLaw.com

**KATZ BANKS KUMIN LLP**
High Baran (he/him)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
baran@katzbanks.com

**TOWARDS JUSTICE**
Juno Turner (she/her)
David H. Seligman (he/him)
(admitted *pro hac vice*)
Valerie Collins (she/her)
(admitted *pro hac vice*)
Towards Justice
1580 N Logan Street
Ste 660 PMG 44465
Denver, CO 80203-1994
(720) 441-2236
juno@towardsjustice.org
david@towardsjustice.org
valerie@towardsjustice.org

*Attorneys for Plaintiffs*